IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| **CRS ENGINEERING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 3:05CV351WHB-AGN |
| **MCELROY-WARD AND ASSOCIATES, PLLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## AGREED JUDGMENT

This cause came this day to be heard on the joint motion, *ore tenus*, of the parties for the entry of an Agreed Judgment in this cause; and the Court having heard and considered same, and further considering the Complaint and Answer filed in this matter, does find that the motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff, CRS Engineering, Inc., does have the recover of and from the Defendant, McElroy-Ward And Associates, PLLC, the sum of $180,000.00, plus interest on said judgment sum at the rate of 8% per annum until the judgment is paid in full.

SO ORDERED this, the 9th day of March, 2006.

                                                                  s/William H. Barbour, Jr.
                                                                   UNITED STATES DISTRICT JUDGE

**AGREED:**

   s/Craig N. Orr
Craig N. Orr, MB#9847,
Attorney for Plaintiff

   s/James Renfroe
James Renfroe, Esq., MB#10096
Attorney for Defendant